# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0495
LT Case No. 2021-CP-001940

_____

LANITA WILLIAMS-WELLS,

    Appellant,

    v.

REGINALD L. WILLIAMS, SR.,
INDIVIDUALLY and as PERSONAL
REPRESENTATIVE of the ESTATE
of LANDON L. WILLIAMS, SR.,
a/k/a Landon Lovar Williams,
Sr., LANDON L. WILLIAMS, JR., et
al.,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Lanita Williams-Wells, Jacksonville, pro se.

Noel G. Lawrence, of Noel G. Lawrence, P.A., Jacksonville, for
Appellee, Reginald L. Williams, Sr.

No Appearance for Remaining Appellees.

April 11, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____